IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TITO REYES** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **MS. DEBRA K. SAUERS, et al** | : | **NO. 11-3041** |

## ORDER

**AND NOW**, this 22nd day of November, 2011, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Respondents' Answer to Petition for Writ of Habeas Corpus, the Petitioner's "Traverse Response" to Respondents' Answer Filed, the Report and Recommendation filed by United States Magistrate Judge Jacob P. Hart and the petitioner's objections to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** that:

    1.    The petitioner's objections are **OVERRULED**;

    2.    The Report and Recommendation of Magistrate Judge Hart is **APPROVED** and **ADOPTED**;

    3.    The Petition for Writ of Habeas Corpus is **DENIED**; and,

    4.    There is no probable cause to issue a certificate of appealability.

                                            /s/Timothy J. Savage
                                            TIMOTHY J. SAVAGE,  J.