IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TITO REYES** | : | **CIVIL ACTION** |
| v. | : | |
| | : | |
| **MS. DEBRA K. SAUERS, et al.** | : | **NO. 11-3041** |

## O R D E R

**AND NOW** this 22nd day of October, 2012, upon consideration of Petitioner's Motion to Re-Open Previous Judgment Pursuant to Federal Rules of Civil Procedure 60(b)(6) (Document No. 23), it is **ORDERED** that:

1. Petitioner's motion is **DENIED**;

2. A certificate of appealability will not issue because reasonable jurists would not debate the correctness of this Court's procedural ruling.

/s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.