IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TITO REYES | : | CIVIL ACTION |
| v. | : | |
| MS. DEBRA K. SAUERS, THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA | : | NO. 11-3041 |

## ORDER

**NOW**, this 13th day of July, 2021, upon consideration of petitioner's Motion to Reopen Judgment Pursuant to Fed. R. Civ. P. 60(b)(6) (Doc. No. 32), the respondents' response, and the petitioner's reply, it is **ORDERED** that the motion is **DISMISSED**.

/s/ TIMOTHY J. SAVAGE J.